Anthony GRANDISON, Petitioner—
Appellant,

v.

UNITED STATES PAROLE COMMIS-
SION, Respondent—Appellee.

No. 05–6999.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 8, 2006.

Decided: March 23, 2006.

Anthony Grandison, Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Anthony Grandison, a federal prisoner,
appeals the district court's orders denying
relief on his petition filed under 28 U.S.C.
§ 2241 (2000) and denying his motion for
reconsideration. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm on the reasoning of
the district court. See Grandison v. Unit-
ed States Parole Comm'n, No. CA–04–
3814–AW (D. Md. May 11, 18, & 25, 2005).
We deny the motion for a certificate of
appealability and dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED*